Plaintiff:

Thomas E. Satkiewicz
116 Stonetree Circle
Rochester Hills, Michigan 48309
Telephone: (248) 370-0381
E Mail Address:

Case: 2:11-cv-14370
Judge: Cook, Julian Abele
MJ: Michelson, Laurie J.
Filed: 10-04-2011 At 12:42 PM
CMP THOMAS E. SATKIEWICZ V STATE OF MICHIGAN, ET AL (LG)

Defendants:

State of Michigan
Governor Rick Snyder (517) 373-3400
Attorney General Bill Schuette (517) 373-1110

Michigan Department of Civil Rights
Treasurer Andy Dillon (517) 373-3223
Dr. Daniel Krichbaum (517) 335-7824

Complaint:

If the U.S. Constitution is to mean something, the Equal Protection of the Law Clause must mean that the U.S. Government will provide protection to all citizens who are victims of a crime with the same force of law as all other victims of different crimes. Citizens will be victims of different crimes. Should some citizens who are victims of certain crimes be more protected, then citizens who are victims of a different crime, just because of the crime? Does the U.S. President (Government) have the right to pick and choose which laws to enforce? Did U.S. President take an oath to enforce all the Laws of the Country? The Equal Protection of the Law clause of the 14Th Amendment is mandating that the State of Michigan must protect all Citizens of crime in Michigan with the same investigation force.

Each of the defendants violated the Equal Protection of the Law Clause in the 14TH Amendment to the U.S. Constitution, when they failed to enforce the Michigan Elliot/Larsen Civil Rights Act 453 of 1976 with regards to Age Discrimination in Employment. They fail to properly enforce the Age Discrimination in Employment Clause of the Michigan Elliot/Larsen Civil Rights Act 453 of 1976, so that, older worker have no chance to gain employment. The defendants failed to properly investigate complaints of Age Discrimination in Employment, and because the defendants fail to properly investigate complaints of Age Discrimination in Employment, the State of Michigan has failed to properly investigate complaints of Age Discrimination in Employment. So that the State of Michigan treats victims of the Crime of Age Discrimination in Employment differently then victims of other crime, which the U.S. Supreme Courts has held is a violation of the Equal Protection Clause in the 14TH Amendment to the U.S. Constitution. The U.S. Supreme Court has held that a State cannot treat Citizens differently, because we are all Citizens, as shown by the ruling in the following cases: Strauder vs. West Virginia 1880, Yick Wo vs. Hopkins 1886, Brown vs. Board of Education 1954, Hernandez vs. Texas 1954, Reynolds vs. Sims 1964, and Wesberry vs. Sanders 1964.

The State of Michigan must provide an Equal Application of protection of the Laws to all Citizens. The State of Michigan cannot pick and choose which laws that it will enforce and which laws it will ignore. The State of Michigan cannot pick and choose for whom, the State of Michigan will protect by enforcing a law, and who, the State of Michigan doesn't have to protect, because the citizen is a victim of a different crime. With Age Discrimination in Employment, the State of Michigan has not found a single

case Age Discrimination in Employment since the Elliot/Larsen Civil Rights Act 453 of 1976 was signed into law

The State of Michigan Department of Civil Rights (MDCR) will take a complaint from Citizen on Age Discrimination in Employment. The MDCR will place the complaint on a form. The MDCR will mail the complaint to the Employer. The Employer will give a written response that will include a statement that the employer has a policy against Age Discrimination in Employment. The MDCR will receive the response of the Employer. MDCR will read the response to the complainant, and MDCR will tell the complainant that they could not find any Age Discrimination in Employment. MDCR will also state that the Employer has a policy against Age Discrimination in Employment. MDCR will close the case as having no merit without verifying what the employer stated was true.

I filed a complaint against Oakland University in Rochester Hills, Michigan with a complaint number of 420579. I filed a complaint against Comcast in Auburn Hills, Michigan with a complaint number of 419346. I filed a complaint against Continental Automotive system in Auburn Hills, Michigan with a complaint number of 421869. With the Continental Automotive System, the MDCR investigator refuses to check the information that was provided by the employer to be true. This investigator stated in a telephone call that it was my responsibility to check whether the employer's information was true. With the Oakland University and the Comcast complaint the investigator found that both hirers had 4 years of experience with a Bachelor Degree and would not tell me their ages. I estimate both of their ages to be late twenties or early thirties from information that the investigator gave to me in telephone call. I could not see the investigation reports without paying the State of Michigan. I am unemployed, so I could not afford the price. I am 61 years old with over 40 years of experience of doing the work that the Employer wanted, and I have Master Degree. The investigators could not find any Age Discrimination in employment.

Had I been a victim of any other type of crime the Investigator would have visited the alleged criminal and made follow up visit to ask additional questions. With Age Discrimination in Employment complaint, an investigation is only two letters. The only way that the MDCR will find Age Discrimination in Employment is if the employer will confess.

The Michigan Department of Treasury will contact you by telephone if your tax payment doesn't post in seven day. The Michigan Department of Treasury wants to know where your tax payment is. The payment was sent in, but the payment is in Michigan Department of Treasury system, but the Michigan Department of Treasury is late in posting the payment. Should the Michigan Department of Civil Right be as diligent as the Michigan Department of Treasury is in collecting taxes when the Michigan Department of Civil Rights is investigating a complaint of Age Discrimination in Employment?

*[signature]*

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

County in which action arose

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Thomas e. Satkiewicz

**DEFENDANTS**
State of Michigan, Michigan Department of Civil Rights, Governor Rick Snyder, Michigan Attorney General Bill Schuette, Michigan Treasurer Andy Dillion, Director Dr. Daniel Krichbaum

(b) County of Residence of First Listed Plaintiff: oakland  26063
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: IngHam
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Thomas e. Satkiewicz, 116 Stonetree Circle, Rochester Hills, Michigan 48309, (248) 370-0381

Attorneys (If Known)
Bill Schuette, (517) 373-1110

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Equal Protection and Due Process of the law Clauses in the 14TH Amendment to the U.S. Constitution

Brief description of cause:
The State of Michigan treats victims of Age Discrimination in Employment differently, then victims of other crimes.

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 15,000,000,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE: September 26, 2011
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed? ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

   Notes: